IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| THOMAS W. DOOLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:17-cv-00282 |
| | ) | |
| CAPSTONE LOGISTICS, LLC, *et al.*, | ) | By: Elizabeth K. Dillon |
| | ) | United States District Judge |
| Defendants. | ) | |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion, defendants' motion for summary judgment (Dkt. No. 48) is GRANTED IN PART and DENIED IN PART. It is GRANTED as to plaintiff's discrimination claim based on a hostile work environment, but is DENIED as to plaintiff's claim for retaliation and his claim for punitive damages.

The clerk is directed to provide a copy of this order and the memorandum opinion to all counsel of record.

Entered: June 19, 2018.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge